UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD CITY PATENT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZOOSK, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-01996-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCES** |
| QUAD CITY PATENT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EC SERVICES CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02442-JST |

In light of the pendency of the motions to dismiss, the case management conferences in these related cases, currently scheduled for September 15, 2020, are continued to November 17, 2020 at 2:00 p.m.  Updated case management statements are due by November 10, 2020. Following the issuance of rulings on the pending motions, the parties may move to continue or advance the case management conferences, as appropriate.

**IT IS SO ORDERED.**

Dated:  September 14, 2020



JON S. TIGAR
United States District Judge