UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD CITY PATENT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ZOOSK, INC.,<br><br>    Defendant. | Case No. 20-cv-01996-JST  (DMR)<br><br>**SECOND ORDER TO SHOW CAUSE** |
| QUAD CITY PATENT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EC SERVICES CORPORATION, et al., INC.,<br><br>    Defendants. | Case No. 20-cv-02442-JST  (DMR) |

Frederic M. Douglas's motions to withdraw as counsel in these related actions for Plaintiff Quad City Patent, LLC ("Quad City") are set for hearing before the undersigned on July 22, 2021. [Case No. 20-cv-01996-JST, Docket No. 38; Case No. 20-cv-02442-JST, Docket No. 37.] On July 12, 2021, the court ordered Douglas to show cause in writing by July 15, 2021 why the motions to withdraw as counsel for Quad City in both cases should not be denied as moot given the dismissal of the consolidated appeal of these cases. [Case No. 20-cv-01996-JST, Docket No. 43; Case No. 20-cv-02442-JST, Docket No. 43.] No response was filed. Accordingly, by no later than July 19, 2021, Douglas shall show cause in writing why he should not be sanctioned for failing to comply with the court's July 12, 2021 Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 16, 2021



Donna M. Ryu
United States Magistrate Judge