UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD CITY PATENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOSK, INC.,<br><br>    Defendant. | Case No. 20-cv-01996-JST  (DMR)<br><br>**ORDER DENYING MOTIONS TO WITHDRAW AS MOOT AND ORDER DIRECTING COUNSEL TO RESPOND TO OSC** |
| QUAD CITY PATENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EC SERVICES CORPORATION, et al., INC.,<br><br>    Defendants. | Case No. 20-cv-02442-JST  (DMR) |

Frederic M. Douglas's motions to withdraw as counsel in these related actions for Plaintiff Quad City Patent, LLC ("Quad City") are set for hearing before the undersigned on July 22, 2021. [Case No. 20-cv-01996-JST, Docket No. 38; Case No. 20-cv-02442-JST, Docket No. 37.]

On April 20, 2021, the United States Court of Appeals for the Federal Circuit dismissed Quad City's consolidated appeal of the November 2020 dismissal of both cases. [Case No. 20-cv-01996-JST, Docket No. 42.] The Federal Circuit granted Quad City leave to reinstate the appeal as to EC Services Corporation by paying the docketing fee and filing an entry of appearance by a member of the court's bar within 30 days of the date of the order. *See id.* EC Services Corporation represents that Quad City did not comply with the requirements to reinstate the appeal. [Case No. 20-cv-2442-JST, Docket No. 42.] Douglas's motions to withdraw as counsel in these actions thus appear moot. On July 12, 2021, the court ordered Douglas to show cause in writing by July 15, 2021 why the motions to withdraw as counsel for Quad City in both cases should not be denied as moot given the dismissal of the consolidated appeal of these cases. [Case

No. 20-cv-01996-JST, Docket No. 43; Case No. 20-cv-02442-JST, Docket No. 43.] Douglas did not file a response to the Order to Show Cause (OSC). Therefore, the court issued a second OSC on July 16, 2021 and ordered Douglas to show cause in writing by July 19, 2021 why he should not be sanctioned for failing to comply with the first OSC. [Case No. 20-cv-01996-JST, Docket No. 44; Case No. 20-cv-02442-JST, Docket No. 44.] Douglas failed to file a response to the second OSC.

Accordingly, Douglas's motions to withdraw as counsel are denied as moot. The July 22, 2021 hearing on the motions is VACATED. **Douglas is ordered to respond to the second OSC and show cause in writing why he should not be sanctioned for failing to comply with the first OSC by no later than 5:00 p.m. on July 26, 2021.** If he does not file a timely response, Douglas shall appear at a show cause hearing before the undersigned on August 12, 2021 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: July 20, 2021



Donna M. Ryu
United States Magistrate Judge

2